21 A.3d 1181

IN THE MATTER OF EUGENE M. LAVERGNE, AN ATTORNEY
AT LAW (ATTORNEY NO. 009331990).

July 14, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–327, concluding that **EUGENE M. LaVERGNE** of **EATONTOWN,** who was admitted to the bar of this State in 1990, and who has been temporarily suspended from the practice of law since January 27, 2011, should be censured for violating *RPC* 1.16(d) (failure to promptly return files on termination of representation) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And **EUGENE M. LaVERGNE** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **EUGENE M. LaVERGNE** is hereby censured; and it is further

ORDERED that **EUGENE M. LaVERGNE** remain suspended from practice pursuant to this Court's Order filed January 27, 2011, pending the further Order of the Court;

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.